**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

IN RE:                                                                                     Chapter 13

   **Wayne A. Dang, Debtor**                                          Case No. 10-50226

   **Alana J. Dang, Debtor**

**MOTION TO QUASH GARNISHMENT**

     Come now your applicants, Wayne A. Dang and Alana J. Dang by counsel, pursuant to Bankruptcy Code §362 (a), and respectfully represents:

1. That your applicant has filed their petition for relief under Chapter 7 of Title 11 of the United States Code;

2. That your applicants are subject to a garnishment issued by the General District Court of Richmond, Virginia, John Marshall Courts Building, 2nd Floor, 400 N. 9th St., Room 203, Richmond, VA 23219-1546 within 90 days of the filing of the above-named petition;

3. That said garnishment is in favor of Capital One Bank (USA) N.A. PO Box 85168, Richmond, VA 23286-8114 and has a return date of March 4, 2010, and the first withholding was made by Wachovia Bank N.A., 9000 Patterson Ave., Richmond, VIRGINIA 23229, on February 12, 2010.

     WHEREFORE, your applicant prays that said garnishment be quashed and that they have such other and further relief as the nature of their case may require.

     Copies hereof are directed by mail to the debtor, creditor, and debtor's bank, Wachovia Bank N.A.

     DATE: March 3, 2010

                                         Respectfully submitted,

                                         /s/ Deanna Tubandt
                                    By:  Deanna Tubandt, Attorney for
                                         Wayne A. Dang
                                         2281 Valley Ave.
                                         Winchester, VA 22601
                                         (540) 450-3328
                                         VA Bar 38130

**GARNISHMENT SUMMONS**
Commonwealth of Virginia Va. Code §§ 8.01-511, 8.01-512.3
City of Richmond-Civil Division 804-646-6461

**THIRD PARTY SERVICE**
The Marston Agency, Inc.
804-967-9300

.................................................. General District Court
COURT NAME

John Marshall Courts Building, 2nd Flr, 400 N 9th St., Rm 203   Richmond, VA 23219-1546
COURT ADDRESS AND TELEPHONE NUMBER

TO ANY AUTHORIZED OFFICER: You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

TO THE GARNISHEE: You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the hearing date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) You shall not be liable to the judgment creditor for any property not specified in this garnishment summons. (3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply. (4) If the sums of money consist solely of direct deposited funds exempt under federal law such as Social Security, SSI, Veterans', Black Lung, and Railroad Retirement benefits, then the exemption shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

.............................................          ..............................................
DATE OF ISSUANCE OF SUMMONS                           CLERK

DATE AND TIME OF DELIVERY OF WRIT OF FIERI FACIAS TO SHERIFF IF DIFFERENT FROM DATE OF ISSUANCE OF THIS SUMMONS

TO GARNISHEE: On check or written answer, include return date, case number and judgment debtor's name. MAKE CHECK PAYABLE TO JUDGMENT CREDITOR AND DELIVER TO THE COURT.

WRIT OF FIERI FACIAS TO ANY AUTHORIZED OFFICER: You are commanded to execute this writ and to make from the intangible personal estate of the judgment debtor(s) the principal, interest, costs and attorney's fees, less credits, shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office according to law.

Homestead Exemption Waived? [ ] yes [ ] no [ ] cannot be demanded

...........................................          ..............................................
DATE OF ISSUANCE OF WRIT                              CLERK

**CASE DISPOSITION**
I ORDER that
[ ] the garnishee pay to the judgment creditor through the court $..................... net of any credits.
[ ] the case be DISMISSED.
[ ] ..............................................................................................

..........................................          ..............................................
DATE ENTERED                                        JUDGE

FORM DC-451X (FRONT) 7/06 (114:3-005 06/06)

---

CASE NO.
09-64357

JUDGMENT CREDITOR'S NAME
Capital One Bank (USA), N.A.

PO Box 85168

Richmond, VA 23286-8114

1-888-567-2271

JUDGMENT CREDITOR'S ATTORNEY'S NAME

Fran Steinberger
Court Agent

1-888-567-2271 EXT: 453-8688

JUDGMENT DEBTOR'S NAME (SERVE)
DANG, WAYNE A

504 PAGE ST

BERRYVILLE, VA 22611
(Clarke County)

586427284

GARNISHEE'S NAME
Wachovia Bank, N.A.
9000 PATTERSON AVENUE

RICHMOND, VA 23229 (HENRICO COUNTY)

ATTN: BRANCH MANAGER
ANY AND ALL ACCOUNTS
12/02/2009
DATE OF JUDGMENT   STATEMENT
$6,129.82 .................. Judgment Principal
0.00 ....................... Credits
849.57 ..................... Interest
51.00 ...................... Judgment Costs
0.00 ....................... Attorney's Fees
60.00 ...................... Garnishment Costs

7,090.39 ................... TOTAL BALANCE DUE
The garnishee shall rely on this amount.

---

HEARING DATE & TIME

3/4/2010

09:00 AM

**GARNISHMENT SUMMONS**

This is a garnishment against (check only one)
[ ] the judgment debtor's wages, salary or other compensation.
[X] some other debt due or property of the judgment debtor, specifically, .......
..287419758...........
8256

MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT

[ ] Support
[ ] 50%   [ ] 55%
[ ] 60%   [ ] 65%
(if not specified, then 50%)

[ ] state taxes, 100%

If none of the above are checked, then § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of this GARNISHMENT SUMMONS)

$..........................
received by

..............................
JUDGMENT CREDITOR
[ ] judgment debtor present

..............................
DATE

"ELECTRONIC OR COMMUNICATION DEVICES NOT ALLOWED IN COURTHOUSE"