**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG**

IN RE:   **Wayne A. Dang**                                           CHAPTER 13

**Alana J. Dang**                                                    CASE NO. **10-50226-13**

                              Debtor(s)


**AMENDED ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE**

The above-named Debtor(s) filed a Chapter 13 petition on **February 17, 2010**, hereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

O R D E R E D:

That **INSTITUTE FOR BUILDING TECHNOLOGY & SAFETY,  505 HUNTMAR PARK DR. SUITE 250, HERNDON, VA 20170**, employer of Debtor, Wayne A. Dang is hereby directed to pay to the duly appointed Trustee the sum of $116.30 each month, commencing with the next pay period.  All payments should be made payable to ***HERBERT L. BESKIN, TRUSTEE, P. O. BOX 1961, Memphis, TN 38101-1961***  *(tel: (434) 817-9913)*,

IT IS FURTHER ORDERED:

That **NATIONAL ELECTRONICS WARRANTY CORPORATION, 22894 PACIFIC BLVD., DULLES, VA 20166**, employer of Debtor, Alana J. Dang is hereby directed to pay to the duly appointed Trustee the sum of $116.29 each month, commencing with the next pay period.  All payments should be made payable to ***HERBERT L. BESKIN, TRUSTEE, P. O. BOX 1961, Memphis, TN 38101-1961***  *(tel: (434) 817-9913)*,

Such employer is directed to withhold said sum from the Debtor's wages, after deducting the amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and to forward said sum to the Trustee.  The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

Copies of this order are directed to be mailed to the Debtor(s), counsel for the Debtor(s), the Trustee, and to the Debtor(s) employer.

DATED: March 22, 2010

/s/ Ross W. Krumm

Prepared by:          U. S. Bankruptcy Judge

  /s/ Deanna Tubandt
Deanna Tubandt
Attorney for Wayne A. Dang
2281 Valley Ave.
Winchester, VA 22601
(540) 450-3328
Deanna@Tubandt.com
VA Bar 38130

By endorsing this Order the Attorney certifies that this Order does not decrease the amount of the monthly plan payments.

FORM 002-4; 07/10/2008