B6C (Official Form 6C) (12/07)

IN RE Dang, Wayne A. & Dang, Alana J.     Case No. 10-50226
                       Debtor(s)                                   (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Cash on hand | CV § 34-4 | 50.00 | 50.00 |
| Checking account # 5539 (Wachovia Bank) Subject to garnishment by Capital One Return date for garnishment is March 4, 2010 | CV § 34-4 | 7,090.39 | 7,090.39 |
| 1st child's bedroom frame and mattress | CV § 34-26(4a) | 350.00 | 350.00 |
| 2nd child's bedroom dressers | CV § 34-26(4a) | 50.00 | 50.00 |
| 2nd Childs bedroom frame and mattress | CV § 34-26(4a) | 250.00 | 250.00 |
| Clothes dryer | CV § 34-26(4a) | 375.00 | 375.00 |
| Clothes washer | CV § 34-26(4a) | 400.00 | 400.00 |
| Dining room china cabinet, buffet, and other cabinets | CV § 34-26(4a) | 125.00 | 125.00 |
| Dining room table and chairs | CV § 34-26(4a) | 400.00 | 400.00 |
| Freezer | CV § 34-26(4a) | 75.00 | 75.00 |
| Garage and lawn care | CV § 34-26(4a) | 500.00 | 500.00 |
| Garage tools | CV § 34-26(4a) | 200.00 | 200.00 |
| Kitchen dishware, pots, silverware | CV § 34-26(4a) | 250.00 | 250.00 |
| Kitchen small appliances | CV § 34-26(4a) | 125.00 | 125.00 |
| Kitchen table and chairs | CV § 34-26(4a) | 200.00 | 200.00 |
| Living room chair | CV § 34-26(4a) | 50.00 | 50.00 |
| Living room couch | CV § 34-26(4a) | 300.00 | 300.00 |
| Living room Other electronics | CV § 34-26(4a) | 100.00 | 100.00 |
| Living room television | CV § 34-26(4a) | 500.00 | 500.00 |
| Master bedroom #2 dressers | CV § 34-26(4a) | 50.00 | 50.00 |
| Master bedroom #2 frame and mattress | CV § 34-26(4a) | 300.00 | 300.00 |
| Master bedroom #2 television | CV § 34-26(4a) | 50.00 | 50.00 |
| Master bedroom frame and mattress | CV § 34-26(4a) | 300.00 | 300.00 |
| Master bedroom misc. | CV § 34-26(4a) | 100.00 | 100.00 |
| Master bedroom television | CV § 34-26(4a) | 500.00 | 500.00 |
| Office computer | CV § 34-26(4a) | 550.00 | 550.00 |
| Office desk and chair | CV § 34-26(4a) | 175.00 | 175.00 |
| Office other furniture | CV § 34-26(4a) | 50.00 | 50.00 |
| Recreation room electronics | CV § 34-26(4a) | 125.00 | 125.00 |
| Recreation room furniture | CV § 34-26(4a) | 350.00 | 350.00 |
| Recreation room television | CV § 34-26(4a) | 350.00 | 350.00 |
| Clothing ($500 per family member) | CV § 34-26(4) | 2,000.00 | 2,000.00 |
| Wedding rings | CV § 34-26(1a) | 1,000.00 | 1,000.00 |
| Accrued Wages - Alana | CV § 34-4<br>U.S.C. 15 § 1673 | 322.00<br>966.00 | 1,288.00 |
| Accrued Wages - Wayne | CV § 34-4<br>U.S.C. 15 § 1673 | 430.00<br>1,288.00 | 1,718.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07) - Cont.

IN RE Dang, Wayne A. & Dang, Alana J.                                    Case No. **10-50226**
                        Debtor(s)                                                    (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 2001 BMW Sedan 4D<br>No Lien<br>Mileage is 112,378<br>Assessed Value: $7,025.<br>Needs Wheel Alignment<br>Good Condition Overall | CV § 34-26(8) | 2,000.00 | 7,025.00 |
| 2008 Smart Passion Hatchback<br>Subject to Lien with Bank of America in the Amount of $5,078.57<br>Assessed Value: $13,375<br>Mileage is 39,460 | CV § 34-26(8)<br>CV § 34-4 | 2,000.00<br>2,308.00 | 12,975.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>Dang, Wayne A. & Dang, Alana J.</u>                                    Case No. <u>**10-50226**</u>
             Debtor(s)                                                                                               (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____2____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 23, 2010**          Signature: */s/ Wayne A. Dang*
                                                    **Wayne A. Dang**                                                                     Debtor

Date: **March 23, 2010**          Signature: */s/ Alana J. Dang*
                                                    **Alana J. Dang**                                                        (Joint Debtor, if any)
                                                                                                            [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____                                    _____
Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                                                (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only